D/E

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

SEIU 1199 NEW JERSEY HEALTH CARE UNION,      CIVIL ACTION NUMBER
                                             05 CV 0987 (ARR)(JMA)
                    PLAINTIFF,

        -AGAINST-                            STIPULATION OF DISMISSAL

CONFIDENCE MANAGEMENT SYSTEMS, INC.,

                    DEFENDANT.
------------------------------------------------------------X

It is hereby stipulated by and between Plaintiff and Defendant, by their respective counsel, that the above-captioned matter is discontinued with prejudice and without costs to any party.

___s/ Julie Pearlman Schatz___                    ___August 19, 2005___
Julie Pearlman Schatz (JS 6474)                   Date
Richard M. Greenspan, P.C.
Attorneys for Plaintiff
Parkway Plaza II
Elmsford, New York 10523
(914) 345-2100

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ AUG 22 2005 ★

BROOKLYN OFFICE

___s/ Steven M. Latino___                         ___August 19, 2005___
Steven M. Latino (SL 0370)                        Date
Epstein Becker & Green, P.C.
Attorneys for Defendant
250 Park Avenue
New York, New York 10177-1211
(212) 351-4500

SO ORDERED:

_____                   ___8/18/05___
Arlene R. Ross, U.S.D.J.                          Date

[jm\wpdocs05\1199NJ\Stip.Discontinuance\ConfidenceWindsor]

c/m